IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STONINGTON INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 115-058 |
| TIMOTHY CRABB, individually and as parent, natural guardian and next friend of T.C. (a minor); LAKESHA BEALE-BARNES, individually and as parent, natural guardian and next friend of S.M. (a minor); SHERELLE JACKSON, individually and as parent, natural guardian and next friend of C.S. (a minor); and RHONDA ASKEW, individually and as parent, natural guardian and next friend of P.D. (a minor), | * | |
| Defendants. | * | |

## O R D E R

On February 15, 2016, Plaintiff filed a notice of settlement (Doc. 24) indicating that the parties will be filing a stipulation of dismissal upon receiving probate court approval of their settlement agreement. Accordingly, upon due consideration, the Court **STAYS** the instant matter and **ORDERS** the parties to file their stipulation of dismissal, or a status report, **no later than May 2, 2016.** In the interim, any party may lift the stay by so moving the Court.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA