IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STONINGTON INSURANCE COMPANY, *
                               *
    Plaintiff,                 *
                               *
    v.                         *     CV 115-058
                               *
TIMOTHY CRABB, individually    *
and as parent, natural         *
guardian and next friend of    *
T.C. (a minor); LAKESHA        *
BEALE-BARNES, individually and *
as parent, natural guardian    *
and next friend of S.M.        *
(a minor); SHERELLE JACKSON,   *
individually and as parent,    *
natural guardian and next      *
friend of C.S. (a minor); and  *
RHONDA ASKEW, individually and *
as parent, natural guardian    *
and next friend of P.D.        *
(a minor),                     *
                               *
    Defendants.                *

## O R D E R

On May 23, 2016, the parties filed a consent motion to dismiss with prejudice. (Doc. 29.) As the parties have represented that "[t]he appropriate probate courts have approved the minor settlements that required probate approval," this Court finds that dismissal is proper. See Fed. R. Civ. P. 41(a)(2). Therefore, the Court **GRANTS** the parties' motion and **DISMISSES** this case **WITH PREJUDICE**. The Clerk is directed to

**TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of May, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA